## Jones *v.* McConnell, Appellant.

Argued December 5, 1972. *Nathaniel P. D'Amico,* with him *McEldrew, Hanamirian, Quinn, Bradley and D'Amico,* for appellant; *Albert Shapiro,* for appellee.

Order affirmed.

## Keys *v.* Frederick, Appellant.

Argued November 16, 1972. *George M. Weis,* with him *Weis & Weis,* for appellant; *R. Spagnoli,* with him *Thomas W. Henderson,* and *Koegler & Henderson,* for appellee.

Order affirmed.

CERCONE, J., dissents.

WATKINS, J., absent.